IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON NATURAL DESERT ASSOCIATION, COMMITTEE FOR THE HIGH DESERT, and WESTERN WATERSHEDS PROJECT,<br><br>        Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; ELAINE M, BRONG, State Director, Oregon/Washington BLM; DAVE HENDERSON, Vale District Manager, BLM; TOM DABBS, Field Manager, Malheur Resource Area, BLM; and JERRY TAYLOR, Field Manager, Jordan Resource Area, BLM,<br><br>        Defendants. | CV 03-1017-JE<br><br>ORDER |

**PETER M. LACY**
Oregon Natural Desert Association
917 S.W. Oak Street, Suite 408
Portland, OR  97205
(503) 525-6193

**STEPHANIE M. PARENT**

1 - ORDER

Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, OR  97219
(503) 768-6736

**LAURENCE J. LUCAS**
P.O. Box 1342
Boise, ID  83701
(208) 424-1466

                Attorneys for Plaintiffs

**KARIN J. IMMERGUT**
United States Attorney
**STEPHEN J. ODELL**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1024

                Attorneys for Defendants

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#103) on March 29, 2005, in which he recommended the Court grant Defendants' Motion for Judgment On The Basis Of The Administrative Record (#81), deny Plaintiffs' Dispositive Motion (#51), and dismiss the matter with prejudice.  Plaintiffs filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v.*

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). Because the objecting party did not arrange for the transcription of the record pursuant to Fed. R. Civ. P. 72(b) nor did any party protest the lack of a transcript, the Court did not review a transcript or tape recording of the proceedings before the Magistrate Judge as part of the Court's *de novo* review. *See Spaulding v. Univ. of Wash.*, 686 F.2d 1232, 1235 (9th Cir. 1982).

This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#103). Accordingly, the Court **GRANTS** Defendants' Motion for Judgment On The Basis Of The Administrative Record (#81), **DENIES** Plaintiffs' Dispositive Motion (#51), and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 22nd day of July, 2005.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

3 - ORDER