IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OREGON NATURAL DESERT ASS'N
*et al.*,

Case No. 03-CV-1017-JE

Plaintiffs,

ORDER

v.

BUREAU OF LAND MANAGEMENT,
*et al.*,

Defendants.

Brown, Judge.

The Court has before it the parties' Joint Motion for Voluntary Dismissal, which seeks voluntary dismissal under Fed. R. Civ. P. 41(a)(2). Having reviewed and considered the motion, and good cause appearing, the Court concludes that said Motion for Voluntary Dismissal is appropriate under Fed. R. Civ. P. 41(a)(2) and the facts presented. Accordingly,

IT IS ORDERED that the parties' Motion for Voluntary Dismissal is hereby GRANTED; and

IT IS FURTHER ORDERED that the Settlement Agreement executed by the parties is hereby incorporated into this Order and is included as an attachment hereto; and

IT IS FURTHER ORDERED that this Court shall have continuing jurisdiction to enforce this Order and the terms of the Settlement Agreement incorporated herein; and

IT IS FURTHER ORDERED that this case is hereby DISMISSED.

IT IS SO ORDERED.

DATED this 27th day of September, 2010

_Anna J. Brown_
Anna J. Brown
United States District Judge